AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Produce Alliance, LLC

　　　　　　　　　　Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Lombardo Imports, Inc. d/b/a Lombardo Trading; Thomas J. Lombardo, Jr.

Case Number: 2:12-cv-00433-MMD -CWH

　　　　　　　　　　Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

default judgment is hereby entered in favor of Plaintiff, Produce Alliance, LLC, and against Defendant, Lombardo Imports, in the amount of $994,562.84 plus attorney's fees and costs in the amount of $2,388.50; and jointly and severally with Defendant Thomas J. Lombardo, Jr. up to $726,161.42, plus attorney's fees and costs in the amount of $2,388.50.

January 9, 2013　　　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Molly Morrison

　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk